IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE KAUFMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>    Defendant.<br>_____/ | No. 08-03365 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned case to District Judge Charles R. Breyer to consider whether this case is related to C-05-1592 CRB, <u>Kaufman v. Pacific Maritime Association</u>, and C-05-2369 CRB, <u>Kaufman v. Pacific Maritime Association</u>. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

11/6/08

Dated _____

_Claudia Wilken_
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KAUFMAN et al,

        Plaintiff,

v.

PACIFIC MARITIME ASSOCIATION et al,

        Defendant.

Case Number: CV08-03365 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

L. Julius M. Turman
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Ronnie Kaufman
243 Stephen Street
Fairfield, CA 94533

Ronnie Kaufman
1186 Heron Court
Fairfield, CA 94533

Honorable Charles R. Breyer
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: November 6, 2008

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk